UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 11 |
| | ) | |
| PMG III, LLC dba CARPET ONE FLOOR AND HOME, | ) ) | Case No. 18-80823 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

## NOTICE OF MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS UNDER §363 OF THE UNITED STATES BANKRUPTCY CODE

The Debtor has filed papers with the Court to Sell Property Free and Clear of Liens under §363 of the United States Bankruptcy Code.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, then you or your attorney must:

1. File a written response to the above Motion on or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Courtroom 3100, Rockford, IL 61101; OR,
2. Attend the hearing scheduled to be held on **MAY 23, 2018 AT 10:30 A.M.** at the U.S. Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Courtroom 3100, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to: Attorney James E. Stevens, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL  61108

If you file a response, attend the hearing on the Motion, scheduled to be held on **MAY 23, 2018 AT 10:30 A.M.** at the U.S. Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Courtroom 3100, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and grant the same.

Dated: May 18, 2018

/s/ James E. Stevens
ATTORNEY JAMES E. STEVENS
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA, LLP
6833 Stalter Drive
Rockford, IL  61108
jstevens@bslbv.com

## **PROOF OF SERVICE**

I, the undersigned, certify that a copy of the foregoing document was served upon:

Mr. Ricky L. Davis, Managing Broker
Stateline Real Estate, LLC
920 22nd Street
Rockford, IL 61108

AND
SEE ATTACHED SERVICE LIST

by placing a true and correct copy of said document in an envelope, each addressed as is shown above or via electronic filing.

That I sealed said envelopes and placed sufficient U.S. postage on each; that I deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 o'clock P.M. on the 18th day of May, 2018, or via the Court's CM/ECF system by electronic transmission.

/s/ Debbie M. Harris

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 18-80823<br>Northern District of Illinois<br>Rockford<br>Fri May 18 14:52:10 CDT 2018 | PMG III, LLC dba CARPET ONE FLOOR AND HOME<br>5952 North Second Street<br>Loves Park, IL 61111-4647 | U.S. Bankruptcy Court<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101-1320 |
| Advanced Disposal<br>Solid Waste Midwest, LLC-T6<br>8538 Hwy. 251 S.<br>Davis Junction, IL 61020-9706 | All Tile, Inc.<br>1201 Chase Avenue<br>Elk Grove Village, IL 60007-4811 | Blackhawk Bank<br>2475 No. Perryville Rd.<br>Rockford, IL 61107-6820 |
| CAN Capital, Inc.<br>2015 Vaughn Road<br>Building 500<br>Kennesaw, GA 30144-7831 | CCA Global-Carpet One Floor & Home<br>4301 Earth City Expressway<br>Earth City, MO 63045-1334 | Can Capital<br>2015 Vaughn Road, Suite 500<br>Kennesaw, GA 30144-7831 |
| Comcast Spotlight<br>12964 Collections Center Drive<br>Chicago, IL 60693-0129 | Commonwealth Edison<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | Frankenmuth Mutual Insurance<br>c/o Receivables Management Inc.<br>POB1385<br>Saginaw, MI 48605 |
| Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit - 10th flr. | Illinois Department of Revenue<br>Attention: Richard Doden<br>200 S. Wyman Street #306<br>Rockford, IL 61101-1234 | Internal Revenue Service<br>Attention: J.M. Cole<br>5100 River Road<br>Schiller Park, IL 60176-1058 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | L.W. Mountain<br>1605 Dundee Avenue<br>Suite B<br>Elgin, IL 60120-1678 | Lonesome Oak Trading Co.<br>P.O. Box 216<br>Chatsworth, GA 30705-0216 |
| Machesney Park Partners<br>Attention: Mike Coyle<br>250 West Beltline Road<br>Madison, WI 53713-2608 | RLDC<br>120 W. State Street, Suite 306<br>Rockford, IL 61101-1199 | Rockford Register Star<br>99 E. State Street<br>P.O. Box 439<br>Rockford, IL 61105-0439 |
| Scott Becker<br>213 West Main Street<br>Genoa, IL 60135-1145 | Shaw Industries, Inc.<br>Financial Services Dept.<br>PO Box 2128<br>Dalton, GA 30722-2128 | Stonewood Floors<br>3409 McDougall Avenue<br>Suite 203<br>Everett, WA 98201-5040 |
| Amy A Aronson<br>Aronson & Walsh, P.C.<br>PO Box 5907<br>Vernon Hills, IL 60061-5907 | James E Stevens<br>Barrick, Switzer, Long, Balsley & Van Ev<br>6833 Stalter Drive<br>Rockford, Il 61108-2582 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 |

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 11 |
| | ) | |
| PMG III, LLC dba CARPET ONE FLOOR AND HOME, | ) ) | Case No. 18-80823 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

### MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS UNDER §363 OF THE UNITED STATES BANKRUPTCY CODE

NOW COMES the Debtor, PMG III, LLC dba CARPET ONE FLOOR AND HOME, by and through its attorneys, Barrick, Switzer, Long, Balsley & Van Evera, LLP, and moves the Court to approve the sale of its property free and clear of liens under §363 of the United States Bankruptcy Code, and in support thereof, states as follows:

1. On April 13, 2018, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. Since filing for relief, the Debtor has lost all employees and has determined that there is no way for it to reorganize.

3. The Debtor is delinquent pre-petition to its landlord for rent in excess of $30,000.00.

4. The Debtor has not and cannot pay its landlord any post-petition rent due to lack of funds.

5. The landlord has filed a Motion to Modify Automatic Stay and is set for hearing on May 23, 2018 at 10:30 a.m.

6. The Debtor has received an offer to purchase virtually all of its assets in "as is" condition from Ricky L. Davis for the sum of $20,000.00, which inventory is attached hereto and marked as "Exhibit A". The Debtor believes that this is the best offer it can receive for the property, and the Debtor must move all of its assets which it's unable to do.

7. The following creditors have security interest whose priority is as follows:

    Blackhawk Bank ............................................................................ $43,000.00
    RLDC .............................................................................................. $10,000.00
    Can Capital ..................................................................................... $6,000.00

8. There are no costs associated with the proposed sale, and the Debtor and Blackhawk Bank believe the $20,000.00 offer is the best alternative for the Debtor.

NOW, WHEREFORE, the Debtor, PMG III, LLC dba CARPET ONE FLOOR AND HOME, prays that the Court enter an Order approving the sale of its property free and clear of liens under §363 of the United States Bankruptcy Code to Ricky L. Davis in "as is" condition for the sum of $20,000.00 with proceeds to be payable to Blackhawk Bank.

                PMG III, LLC dba CARPET ONE FLOOR
                AND HOME, Debtor

BY:    BARRICK, SWITZER, LONG, BALSLEY
          & VAN EVERA, LLP

BY:    /s/ James E. Stevens
          JAMES E. STEVENS

Attorney James E. Stevens (3128256)
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA, LLP
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com



The **ONE** store for your perfect floor.

Carpet One Inventory

1. Cutting Machine & Compressor
2. Forklift & Pole
3. Carpet Racks ( steel)
4. 1 full roll of carpet
5. 8 partial rolls of carpet
6. Al carpet remnants
7. All vinyl remnants
8. Porcelan Towel bars (2 skids)
9. Misc. cartons of laminate flooring
10. Misc. cartons of wood
11. All cartons of ceramic tile
12. All cartons of decorative ceramic tile
13. 8 Desks
14. Misc. office furniture including conf. tables & Chairs
15. All marked file cabinets
16. 1 fire proof file cabinet
17. 2 computors
18. 2 printers
19. 2 copy machines
20. All usable carpet,ceramic, wood,LVP samples

"EXHIBIT A"

5952 N. Second Street · Loves Park, IL 61111 · 815-633-8100 · Fax: 815-633-3363 · www.rockfordcarpetone.com