UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>PMG III, LLC dba CARPET ONE<br>FLOOR AND HOME,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-80823<br><br>Chapter: 11<br><br>Honorable Thomas M. Lynch<br><br>SELECT IF OUTLYING AREA |

**ORDER TO SELL PROPERTY FREE AND CLEAR OF LIENS
UNDER §363 OF THE UNITED STATES BANKRUPTCY CODE**

THIS MATTER coming on to be heard on the Debtor's Motion to Sell Property Free and Clear of All Liens Under § 363(f) of the United States Bankruptcy Code, upon due notice and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Debtor, PMG III, LLC d/b/a CARPET ONE FLOOR AND HOME, is authorized to sell the property listed in Exhibit A, attached hereto, "as is" and free and clear of all liens under § 363(f) of the United States Bankruptcy Code for the sum of $20,000.00 with proceeds to be paid to the creditor, Blackhawk Bank.

Notwithstanding the foregoing, the property leased from CCA Global Partners, Inc. d/b/a Carpet One that bears the trademark insignia of CCA Global Partners, or which otherwise is owned or proprietary to CCA Global Partners, including the designated Carpet One items identified in the attached Exhibit A, is not included in this order and shall not be sold.

Enter:

_[signature]_

Dated: MAY 24 2018

United States Bankruptcy Judge

**Prepared by:**
Attorney James E. Stevens (3128256)
BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA, LLP
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

Rev: 20151029_bko

| Soft Surface Merchandising Displays, Wing Cards, Sample Sets and Graphics | Platinum Package | Gold Package | Silver Package | Visual Merch Book Pg. # |
|---|---|---|---|---|
| Benefit™ Deckboard Program - Shaw | X | X | | 1 |
| Benefit™ Deckboard Program - Mohawk | X | X | | 1 |
| Bigelow® Featuring Stainmaster® | X | X | | 2 |
| Bigelow® Prestige Collection | X | | | 3 |
| Color Stories™ from Tuftex | X | X | | 4 |
| ComfortAire™ | X | X | X | 5 |
| Core Elements Broadloom | X | | | 6 |
| Core Elements Carpet Tile - Mohawk | X | | | 7 |
| Core Elements Carpet Tile - Shaw | X | | | 7 |
| Extreme Value/Delta A-Frames | X | X | X | 8 |
| Innovia Xtreme Clean™ | X | X | X | 9 |
| Innovia Touch Xtreme Clean™ | X | X | X | 10 |
| Innovia Touch Xtreme Clean™ Dream Collection | X | X | X | 11 |
| Lees® Studio 1846™ | X | | | 12 |
| Relax, It's Lees® Gallery (Silver Pkg. Includes Sled Displays, Core Wing Display, Wing Cards and Sled Blankets only) | X | X | X | 13-14 |
| Modular Carpet Tile Architect Folders - Kane | X | | | |
| Plaza Portfolio from Dixie | X | X | | 15 |
| ResistA® Soft Style I | X | X | X | 16 |
| ResistA® Soft Style II | X | X | X | 17 |
| SelectAFloor™ Style Stations - Residential | X | X | X | 18-20 |
| SelectAFloor™ Style Stations - Workspaces | X | | | 18-20 |
| SelectAFloor™ Vertifall 24's | X | X | | 21 |
| S-Frame Display | X | X | X | 22 |
| Tigressa® Cherish | X | X | X | 23 |
| Tigressa® Cherish Blanket Display #1 (Tuftex) | X | | | 24 |


EXHIBIT "A"

| | | | | |
|---|---|---|---|---|
| Tigressa® Cherish Blanket Display #2 (Shaw) | X | | | 24 |
| Tigressa® H₂0 | X | X | X | 25 |
| Tigressa® Soft Style | X | X | X | 26 |
| Tigressa® Soft Style Deckboard Program - Shaw | X | | | |
| Wide Open Spaces Indoor/Outdoor Collection | X | | | |
| Your Personal Cutting Edge™ from CCA Global Partners | X | | | 27 |
| **Hard Surface Merchandising Displays, Sample Sets and Graphics** | Platinum Package | Gold Package | Silver Package | Visual Merch Book Pg. # |
| Baroque Flooring Vinyl Package One | | | X | |
| Baroque Flooring Vinyl Package Two | X | X | | |
| Baroque Flooring Wood Package #1 | X | | | |
| Baroque Flooring Wood Package #2 | | X | | |
| Bel Terra™ Decorative Accent - Daltile | X | X | X | 29 |
| Bel Terra™ Grouted Panels from Mohawk (Pick 6) | X | | | 30 |
| Bel Terra™ Resource Studio | X | X | | 31 |
| Bel Terra™ Tile & Stone | X | X | | 32 |
| Core Elements Luxury Vinyl | X | | | 34 |
| Core Elements LVT Architect Folders - Mohawk | X | | | 34 |
| Core Elements LVT Architect Folders - Tarkett/Johnsonite | X | | | 34 |
| Earthscapes™ H₂O™ | X | X | X | 35 |
| Extreme Value A-Frame Panels | X | X | X | 36 |
| Hard Surface A-Frame | X | X | X | 36 |
| Invincible™ H₂O - Shaw | X | X | X | 37 |
| Invincible™ H₂O - US Floors | X | X | X | 38 |
| Invincible™ H₂O II - US Floors | X | X | X | 39 |
| Invincible™ H₂O - Beauflor | X | X | X | 40 |
| Invincible™ Sawn Face | X | | | 41 |
| Laminate for Life™ | X | X | | 42 |
| Invincible™ Hardwood - Mannington | X | X | X | 44 |

|  |  | Choose either Rustic River or Rustic River - Allegheny | Choose either Rustic River, Rustic River - Allegheny or Voyager | Visual Merch Book Pg. # |
|---|---|---|---|---|
| Rustic River™ - Allegheny | X |  |  | 43 |
| Rustic River™ | X |  |  | 45 |
| Voyager™ Hardwood | X | X |  | 48 |
|  |  |  |  |  |
| Rustic River™ - Hutchinson by Hemisphere | X | X | X | 46 |
| Rustic River™ Saluda by Shaw | X | X | X |  |
| Rustic River™ - Shenandoah by Shaw | X | X | X | 46 |
| VeroSTONE™ | X | X |  | 47 |
|  |  |  |  |  |
| **Tools, Materials, Store Setup & Design Services** | Platinum Package | Gold Package | Silver Package | Visual Merch Book Pg. # |
| Co-op Standee | X | X | X | 49 |
| Healthier Living™ Installation | X | X | X | 50 |
| Marketing POP Standee | X | X | X | 51 |
| Destination: Carpet One Floor & Home® | X |  |  | 52-53 |
| Display Installation, Merchandising All Carpet One Fixtures | X | X | X |  |
| FRCH Design Services (Phone Call Only for Gold Package) | X | X |  |  |
| Travel/Store Visit by FRCH | X |  |  |  |
| Freight for Displays and Samples | X | X | X |  |

| Collateral Materials | Platinum Package | Gold Package | Silver Package | |
|---|---|---|---|---|
| Carpet One Pocket Folders | 100 | 100 | 100 | |
| The Beautiful Guarantee® Blank Thank You Cards | 100 | 100 | 100 | |
| Carpet One Logo Bags | 200 | 200 | 200 | |
| Everyday Price Tags - Large | 100 | 100 | 100 | |
| Everyday Price Tags - Small | 800 | 800 | 800 | |
| Floor Care and Warranty Brochures - Soft Surface | 50 | 50 | 50 | |
| Floor Care and Warranty Brochures - Hard Surface | 50 | 50 | 50 | |
| Sale Price Tags - Large | 100 | 100 | 100 | |
| Sale Price Tags - Small | 800 | 800 | 800 | |
| Special Value Price Tags - Small | 200 | 200 | 200 | |
| How to Buy Hardwood | 50 | 50 | 50 | |
| Tigressa® Brochure | 25 | 25 | 25 | |
| Why Carpet One Brochure | 50 | 50 | 50 | |
| How to Buy Carpet | 50 | 50 | 50 | |
| Rustic River™ Brochures (Print on Demand) | 100 | 100 | 100 | |
| Laminate for Life™ Brochure | 50 | 50 | 50 | |

| Programs & Misc. | Platinum Package | Gold Package | Silver Package | |
|---|---|---|---|---|
| National ID - Logo Design | X | X | X | |
| On-line Training (up to 3 people for 6 months) | | X | X | |
| Smart Shop | X | X | X | |
| Carpet One Retail Consulting Services | X | X | | |
| Carpet One TIP Program for One Year | X | | | |