# CARPET ONE FLOOR & HOME

The ONE store for your perfect floor.

Carpet One Inventory

1. Cutting Machine & Compressor
2. Forklift & Pole
3. Carpet Racks ( steel)
4. 1 full roll of carpet
5. 8 partial rolls of carpet
6. Al carpet remnants
7. All vinyl remnants
8. Porcelan Towel bars (2 skids)
9. Misc. cartons of laminate flooring
10. Misc. cartons of wood
11. All cartons of ceramic tile
12. All cartons of decorative ceramic tile
13. 8 Desks
14. Misc. office furniture including conf. tables & Chairs
15. All marked file cabinets
16. 1 fire proof file cabinet
17. 2 computors
18. 2 printers
19. 2 copy machines
20. All usable carpet,ceramic, wood,LVP samples

"EXHIBIT A"

5952 N. Second Street · Loves Park, IL 61111 · 815-633-8100 · Fax: 815-633-3363 · www.rockfordcarpetone.com

| Soft Surface Merchandising Displays, Wing Cards, Sample Sets and Graphics | Platinum Package | Gold Package | Silver Package | Visual Merch Book Pg. # |
|---|---|---|---|---|
| Benefit™ Deckboard Program - Shaw | X | X | | 1 |
| Benefit™ Deckboard Program - Mohawk | X | X | | 1 |
| Bigelow® Featuring Stainmaster® | X | X | | 2 |
| Bigelow® Prestige Collection | X | | | 3 |
| Color Stories™ from Tuftex | X | X | | 4 |
| ComfortAire™ | X | X | X | 5 |
| Core Elements Broadloom | X | | | 6 |
| Core Elements Carpet Tile - Mohawk | X | | | 7 |
| Core Elements Carpet Tile - Shaw | X | | | 7 |
| Extreme Value/Delta A-Frames | X | X | X | 8 |
| Innovia Xtreme Clean™ | X | X | X | 9 |
| Innovia Touch Xtreme Clean™ | X | X | X | 10 |
| Innovia Touch Xtreme Clean™ Dream Collection | X | X | X | 11 |
| Lees® Studio 1846™ | X | | | 12 |
| Relax, It's Lees® Gallery (Silver Pkg. Includes Sled Displays, Core Wing Display, Wing Cards and Sled Blankets only) | X | X | X | 13-14 |
| Modular Carpet Tile Architect Folders - Kane | X | | | |
| Plaza Portfolio from Dixie | X | X | | 15 |
| ResistA® Soft Style I | X | X | X | 16 |
| ResistA® Soft Style II | X | X | X | 17 |
| SelectAFloor™ Style Stations - Residential | X | X | X | 18-20 |
| SelectAFloor™ Style Stations - Workspaces | X | | | 18-20 |
| SelectAFloor™ Vertifall 24's | X | X | | 21 |
| S-Frame Display | X | X | X | 22 |
| Tigressa® Cherish | X | X | X | 23 |
| Tigressa® Cherish Blanket Display #1 (Tuftex) | X | | | 24 |



EXHIBIT B

| | Platinum Package | Gold Package | Silver Package | Visual Merch Book Pg. # |
|---|---|---|---|---|
| Tigressa® Cherish Blanket Display #2 (Shaw) | X | | | 24 |
| Tigressa® H$_2$0 | X | X | X | 25 |
| Tigressa® Soft Style | X | X | X | 26 |
| Tigressa® Soft Style Deckboard Program - Shaw | X | | | |
| Wide Open Spaces Indoor/Outdoor Collection | X | | | |
| Your Personal Cutting Edge™ from CCA Global Partners | X | | | 27 |

## Hard Surface Merchandising Displays, Sample Sets and Graphics

| | Platinum Package | Gold Package | Silver Package | Visual Merch Book Pg. # |
|---|---|---|---|---|
| Baroque Flooring Vinyl Package One | | | X | |
| Baroque Flooring Vinyl Package Two | X | X | | |
| Baroque Flooring Wood Package #1 | X | | | |
| Baroque Flooring Wood Package #2 | | X | | |
| Bel Terra™ Decorative Accent - Daltile | X | X | X | 29 |
| Bel Terra™ Grouted Panels from Mohawk (Pick 6) | X | | | 30 |
| Bel Terra™ Resource Studio | X | X | | 31 |
| Bel Terra™ Tile & Stone | X | X | | 32 |
| Core Elements Luxury Vinyl | X | | | 34 |
| Core Elements LVT Architect Folders - Mohawk | X | | | 34 |
| Core Elements LVT Architect Folders - Tarkett/Johnsonite | X | | | 34 |
| Earthscapes™ H$_2$O™ | X | X | X | 35 |
| Extreme Value A-Frame Panels | X | X | X | 36 |
| Hard Surface A-Frame | X | X | X | 36 |
| Invincible™ H$_2$O - Shaw | X | X | X | 37 |
| Invincible™ H$_2$O - US Floors | X | X | X | 38 |
| Invincible™ H$_2$O II - US Floors | X | X | X | 39 |
| Invincible™ H$_2$O - Beauflor | X | X | X | 40 |
| Invincible™ Sawn Face | X | | | 41 |
| Laminate for Life™ | X | X | | 42 |
| Invincible™ Hardwood - Mannington | X | X | X | 44 |

|  |  | Choose either Rustic River or Rustic River - Allegheny | Choose either Rustic River, Rustic River - Allegheny or Voyager | Visual Merch Book Pg. # |
|---|---|---|---|---|
| Rustic River™ - Allegheny | X |  |  | 43 |
| Rustic River™ | X |  |  | 45 |
| Voyager™ Hardwood | X | X |  | 48 |
|  |  |  |  |  |
| Rustic River™ - Hutchinson by Hemisphere | X | X | X | 46 |
| Rustic River™ Saluda by Shaw | X | X | X |  |
| Rustic River™ - Shenandoah by Shaw | X | X | X | 46 |
| VeroSTONE™ | X | X |  | 47 |
|  |  |  |  |  |
| **Tools, Materials, Store Setup & Design Services** | Platinum Package | Gold Package | Silver Package | Visual Merch Book Pg. # |
| Co-op Standee | X | X | X | 49 |
| Healthier Living™ Installation | X | X | X | 50 |
| Marketing POP Standee | X | X | X | 51 |
| Destination: Carpet One Floor & Home® | X |  |  | 52-53 |
| Display Installation, Merchandising All Carpet One Fixtures | X | X | X |  |
| FRCH Design Services (Phone Call Only for Gold Package) | X | X |  |  |
| Travel/Store Visit by FRCH | X |  |  |  |
| Freight for Displays and Samples | X | X | X |  |

| Collateral Materials | Platinum Package | Gold Package | Silver Package | |
|---|---|---|---|---|
| Carpet One Pocket Folders | 100 | 100 | 100 | |
| The Beautiful Guarantee® Blank Thank You Cards | 100 | 100 | 100 | |
| Carpet One Logo Bags | 200 | 200 | 200 | |
| Everyday Price Tags - Large | 100 | 100 | 100 | |
| Everyday Price Tags - Small | 800 | 800 | 800 | |
| Floor Care and Warranty Brochures - Soft Surface | 50 | 50 | 50 | |
| Floor Care and Warranty Brochures - Hard Surface | 50 | 50 | 50 | |
| Sale Price Tags - Large | 100 | 100 | 100 | |
| Sale Price Tags - Small | 800 | 800 | 800 | |
| Special Value Price Tags - Small | 200 | 200 | 200 | |
| How to Buy Hardwood | 50 | 50 | 50 | |
| Tigressa® Brochure | 25 | 25 | 25 | |
| Why Carpet One Brochure | 50 | 50 | 50 | |
| How to Buy Carpet | 50 | 50 | 50 | |
| Rustic River™ Brochures (Print on Demand) | 100 | 100 | 100 | |
| Laminate for Life™ Brochure | 50 | 50 | 50 | |

| Programs & Misc. | Platinum Package | Gold Package | Silver Package | |
|---|---|---|---|---|
| National ID - Logo Design | X | X | X | |
| On-line Training (up to 3 people for 6 months) | | X | X | |
| Smart Shop | X | X | X | |
| Carpet One Retail Consulting Services | X | X | | |
| Carpet One TIP Program for One Year | X | | | |