UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  18-80823 |
| PMG III dba | ) | |
| CARPET ONE FLOOR AND HOME, | ) | Chapter: 11 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DISMISSING THE CHAPTER 11 BANKRUPTCY PROCEEDING**

THIS MATTER coming before the Court on the Debtor's Motion to Dismiss the Chapter 11 Bankruptcy proceeding, notice having been sent to all parties in interest, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

This Chapter 11 Bankruptcy Proceeding is dismissed as the Debtor's assets were sold and there is nothing to reorganize.

Enter:

*[signature]*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  June 13, 2018

**Prepared by:**

Attorney James E. Stevens (3128256)
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com